IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:25-MC-00015

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $138,304.12 IN U.S. CURRENCY seized from Willem Adriaan Van De Weerd on or about November 22, 2024, in Graham County, North Carolina, | ) |
| | ) |
| and | ) |
| | ) |
| Approximately 19 ounces of gold and 69 pounds of silver seized from Willem Adriaan Van De Weerd on or about November 22, 2024, in Graham County, North Carolina, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT FOR FORFEITURE**

Pursuant to 18 U.S.C. § 983(a)(3)(A), the Government moves the Court for a 30-day extension of the period for filing a complaint for forfeiture as to the $138,304.12, and 19 ounces of gold and 69 pounds of silver ("Defendant Currency

and Metals") which were seized from Willem Adriaan Van De Weerd on or about November 22, 2024.

On or about November 22, 2024, pursuant to a search warrant, law enforcement seized the Defendant Currency and Metals from the residence of Mr. Van De Weerd.

On January 13, 2025, U.S. Customs and Border Protection ("CBP") sent notice of administrative forfeiture proceedings to Mr. Van De Weerd as to the Defendant Currency and Metals. On February 11, 2025, Mr. Van De Weerd filed a claim with CBP pursuant to 18 U.S.C. § 983(a)(2), requesting that the Government file a complaint for forfeiture as to the Defendant Currency and Metals.

Pursuant to 18 U.S.C. § 983(a)(3), the Government has 90 days after a claim has been filed to initiate a complaint for forfeiture. Accordingly, the Government's current deadline to file a complaint for forfeiture is May 12, 2025. However, this deadline may be extended. Specifically, 18 U.S.C. § 983(a)(3) allows "a court in the district in which the complaint will be filed [to] extend the period for filing a complaint for good cause shown or upon agreement of the parties."

The extension should be granted because counsel for Mr. Van De Weerd has agreed to the Government's requested extension. Good cause also exists to extend the deadline for filing a complaint because the Government needs additional time to

obtain and review all of the necessary documentation concerning the seizure. Finally, the extension will afford the parties time to work towards a potential resolution of the case that may obviate the need for the filing of a complaint.

For these reasons, the Government requests a 30-day extension of time to file a complaint for forfeiture concerning the Defendant Currency and Metals, through June 11, 2025.

Respectfully submitted this 7th day of May, 2025.

                                        RUSS FERGUSON
                                        UNITED STATES ATTORNEY

**s/ Jonathan D. Letzring**
JONATHAN D. LETZRING
Assistant United States Attorney
Georgia Bar No. 141651
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone No. (828) 271-4661
jonathan.letzring@usdoj.gov